1  **Jason K. Singleton**, State Bar #166170
   lawgroup@sbcglobal.net
2  **Richard E. Grabowski**, State Bar # 236207
   rgrabows@pacbell.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
   (707) 441-1177
5  FAX 441-1533

6

7  Attorney for Plaintiff, MARSHALL LOSKOT

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,** | Case No. C-06-7199 CW |
| Plaintiff, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and ORDER |
| v. | |
| **SUPER STAR, LLC, a California Limited Liability Company, dba DAYS' INN, SHUN LIN CHOW, and DOES ONE to FIFTY, inclusive,** | |
| Defendants. | |

Pursuant to a Clerk's Notice Setting Case Management Conference filed June 12, 2007, a Case Management Conference has been scheduled on August 14, 2007, at 2:00 p.m. Jason K. Singleton and Richard E. Grabowski, attorneys for Plaintiff, are scheduled to appear in the Eastern District of California federal courthouse in Sacramento for a trial commencing August 14, 2007, in the matter of Towne vs. Shasta County, No. 1:05-CV-1533 WBS. Plaintiff's counsel believes this matter will go to trial.

Plaintiff's counsel has conferred with Defendant's counsel and the parties hereby stipulate and agree the Case Management Conference in the within matter may be continued to the first available date of the Court and all parties. It has been determined the Case Management Conference should be reset for **September 11, 2007, at 2:00 p.m.**

**IT IS SO STIPULATED.**

**SINGLETON LAW GROUP**

Dated: June 15, 2007                   /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **MARSHALL LOSKOT**

**HUNTER AND BOVARNICK**

Dated: June 15, 2007                   /s/ Steven H. Bovarnick
Steven H. Bovarnick, Attorneys for
Defendants SUPER STAR, LLC dba
DAYS' INN and SHUN LIN CHOW

ORDER

Good cause appearing, the Case Management Conference set on **August 14, 2007,** is vacated and shall be reset on **September 11, 2007, at 2:00 p.m.**, IN courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. A joint Case Management Statement will be due one week prior to the conference.

**IT IS SO ORDERED.**

Dated: 6/20/07

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE