**Jason K. Singleton**, State Bar #166170
lawgroup@sbcglobal.net
**Richard E. Grabowski**, State Bar # 236207
rgrabows@pacbell.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, MARSHALL LOSKOT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>    Plaintiff,<br><br>v.<br><br>SUPER STAR, LLC, a California Limited Liability Company, dba DAYS' INN, SHUN LIN CHOW, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No. C-06-7199 CW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER |

Plaintiff MARSHALL LOSKOT and Defendants SUPER STAR LLC, dba DAYS INN, SUN LIN CHOW (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.      The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///
///
///
///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: August 20, 2007    /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **MARSHALL LOSKOT**

**HUNTER & BOVARNICK**

Dated: August 15, 2007    /s/ Steven H. Bovarnick
Steven H. Bovarnick, Attorney for Defendants
**SUPER STAR, LLC, dba DAYS INN,**
**SHUN LIN CHOW**

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT vs SUPER STAR, LLC, et al.</u>, Case Number C-06-7199 CW, is dismissed with prejudice with each party to bear his or its own attorneys fees and costs.

8/24/07
Dated: _____    _____
CLAUDIA WILKIN, JUDGE
UNITED STATES DISTRICT COURT